Gilbert BLESSITT, Appellant,

v.

William HOLLIS, Appellee.

Court of Appeals of Kentucky.

May 16, 1958.

J. W. Jones, Louisville, for appellant.

T. C. Carroll, Shepherdsville, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Bullitt Circuit Court, Honorable W. R. Gentry, Judge.

The judgment is on a verdict for $250 in favor of William Hollis against Gilbert Blessitt in an action to recover $7,500 damages for trespass and maintaining a nuisance. See Blessitt v. Commonwealth, Ky., 299 S.W.2d 619, in which this suit is described.

We find no error in the record.

The motion for an appeal is overruled, and the judgment stands affirmed.